**ROCKARD J. DELGADILLO,** City Attorney (SBN (125465)
**KENNETH T. FONG,** Deputy City Attorney (SBN 140609)
**MICHAEL BOSTROM,** Deputy City Attorney (SBN 211778)
700 City Hall East
200 North Main Street
Los Angeles, California 90012
Telephone Number: 213.978.8068
Fax Number: 213.978.8214
Email:  Michael.Bostrom@lacity.org

Attorneys for Defendant
City of Los Angeles

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| PARAMOUNT CONTRACTORS AND DEVELOPERS, INC., a California corporation,<br><br>         Plaintiffs,<br>   vs.<br>CITY OF LOS ANGELES, a California municipal corporation and DOE 1 through DOE 10, inclusive,<br><br>         Defendants. | Case No.: CV-07-00159 ABC (JWJx)<br>(Honorable Audrey B. Collins)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT CITY OF LOS ANGELES**<br><br>**[Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Request for Judicial Notice; Declarations of Michael J. Bostrom, Christopher Rudd and Brad Neighbors filed concurrently]**<br><br>Date:    April 21, 2008<br>Time:   10:00 a.m.<br>Place:   Dept. 680 |

1
2
3      Defendant City of Los Angeles' Motion for Summary Judgment, or in the
4  Alternative, Partial Summary Judgment came on for hearing in Department 680
5  of the above-entitled Court on April 21, 2008, counsel for all parties appearing.
6  After considering the papers, evidence, and argument submitted, the Court
7  granted the City's motion, concluding that there are no triable issues of material
8  fact and that the City is entitled to judgment as a matter of law.
9      THEREFORE, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED
10 that judgment is entered in favor of the City of Los Angeles, and Plaintiff
11 Paramount Contractors and Developers, Inc. shall take nothing.  As prevailing
12 party, the City of Los Angeles is hereby awarded costs.
13
14 June 6, 2008                         _____
15                                       Honorable Audrey B. Collins
16                                       United States District Court Judge

H:\DOCS\paramount jdmt.doc

17
18
19
20
21
22
23
24
25
26
27
28